UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MACKIE L. WOOTEN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:13-cv-01983-AKK-HGD |
| ) | |
| CAPTAIN CARTER, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation, doc. 7, on May 29, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b). No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous and for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DONE this 22nd day of July, 2014.

                                 _____
                                        **ABDUL K. KALLON**
                                   UNITED STATES DISTRICT JUDGE